| | | | |
|---|---|---|---|
| Case No. | CV 10-6765-DMG (CWx) | Date | July 19, 2011 |
| Title | Xenon Pictures, Inc. v. Ltd Enterprises Distribution, Inc. et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Generally, defendant must answer the complaint within 20 days after service (60 days if the defendant is the United States.)

In the present case, it appears that these time periods have not been met. Accordingly, the court, on its own motion, orders plaintiff(s) and cross claimant to show cause in writing on or before **August 2, 2011** why this action should not be dismissed for lack of prosecution as to defendants and cross-defendants **Lou Chase and Expedia Media, LLC.**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response on or before the date upon which a response by plaintiff(s) is due. This action will be **dismissed** if a written response demonstrating good cause is not filed by the date indicated above.